UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRENDAN ABBOTT, individually and on behalf of all others similarly situated, </br></br>             Plaintiff, </br></br>      v. </br></br> VITAL PHARMACEUTICALS, INC., d/b/a "VPX Sports," et al., </br></br>             Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )    No. 4:22 CV 587 CDP |

## **ORDER**

Plaintiff Brendan Abbott has failed to show cause why his and the putative class's claims against defendants Does 1 through 10 should not be dismissed for his failure to timely serve those defendants under Rule 4(m), Federal Rules of Civil Procedure. (*See* Order, ECF 25.) I will therefore dismiss defendants Does 1 through 10 from this action without prejudice. Given that this action is stayed under 11 U.S.C. § 362 as to the only remaining defendant, Vital Pharmaceuticals, Inc., I will administratively close the case until such time as Vital Pharmaceuticals' bankruptcy proceedings have concluded or Court action is otherwise required. Any motion seeking reopening of the case shall state:

(a) the facts and procedural history, including any significant occurrences in the bankruptcy proceedings; and

(b) the issues remaining for determination by this Court.

- 2 -

I will suspend Vital Pharmaceuticals' obligation to provide the Court with periodic status reports on the bankruptcy proceedings.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Brendan Abbott's and the putative class's claims against defendants Does 1 through 10 are dismissed without prejudice for plaintiff's failure to effectuate timely service of process on those defendants.

**IT IS FURTHER ORDERED** that the Clerk of Court shall administratively **CLOSE** this action, subject to reopening on a motion filed in compliance with this Order.   Vital Pharmaceuticals' obligation to file periodic status reports on its bankruptcy proceedings is **SUSPENDED**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 28th day of October, 2022.